

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Siana Oil and Gas,

\* From the County Court at Law
of Midland County,
Trial Court No. CC20132.

Vs. No. 11-19-00012-CV

\* June 6, 2019

Tim Snelson's Pumping Unit
Service, Inc.,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Siana Oil and Gas's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.